# United States District Court
# District of Massachusetts

KIMBERLY CONNOR, ET AL
    Plaintiffs,

V.

CIVIL ACTION NO:
00-10835-RBC

PLYMOUTH COUNTY, ET AL,
    Defendants.

### ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

1. After conducting a fairness hearing on March 5, 2004, this Court finds that the parties' Settlement Agreement, including the provisions for bonuses and attorney's fees is fair, reasonable and adequate. Therefore, the Court GRANTS final approval of the settlement.

2. The Court APPROVES of the bonuses as detailed in the Settlement Agreement to compensate the four class representatives and one class member who spent time working with class counsel to achieve the settlement.

3. The Court APPROVES the proposed Notice of Claim Denial for Failure to Submit Claim Form by Deadline and ORDERS that, within 30 days from the date of this Order, the notice be sent by first class mail postage

*prepaid to all claimants who submitted a Settlement Claim Form postmarked on or after March 9, 2004.*

4. *The Court APPROVES the proposed Notice of Claim Approval and Membership in a Settlement Category and ORDERS that, within 30 days from the date of this Order, the notice be sent by first class mail postage prepaid to all claimants who have been verified as class members and whose claims have been approved.*

5. *The Court APPROVES the proposed Notice of Claim Denial and ORDERS that, within 30 days from the date of this Order, the notice be sent first class mail postage prepaid to all claimants who could not be verified as class members.*

6. *The Court APPROVES the proposed extension of the amnesty period through March 9, 2004. All claim forms received by this date shall be considered timely filed.*

7. *The Court APPROVES the proposed distribution plan and ORDERS that all class member appeals be resolved by the special master by June 28, 2004 to ensure that all distributions be made to class members, after payments to class counsel, claims administrator and special master, by August 4, 2004. Class counsel shall submit a motion for approval of payments to the claims*

*administrator and the special master by July 2, 2004.*

*So ORDERED.*

                                      <u>*/s/ Robert B. Collings*</u>
                                      *ROBERT B. COLLINGS*
                                      *United States Magistrate Judge*

*DATED:  March 11, 2004*